UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RICKY L. SIROIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-117-B-W |
| | ) | |
| ALFRED CICHON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed November 14, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (Docket # 1) be and hereby is DISMISSED without prejudice because of the Defendant's failure to comply with the Court's October 10, 2006 Order.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2006