UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICKY L. SIROIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-117-B-W |
| ) | |
| ALFRED CICHON, ) | |
| ) | |
| Defendant. ) | |

## AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed November 14, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (Docket # 1) be and hereby is DISMISSED without prejudice because of the Plaintiff's failure to comply with the Court's October 10, 2006 Order.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 10th day of January, 2007

---

[1] This Amended Order corrects a typographical error contained in the Order Affirming the Recommended Decision of the Magistrate Judge dated December 11, 2006 (Docket # 5). The correction is in the second paragraph of the Order. It currently reads "because of the Defendant's failure". It should read "because of the Plaintiff's failure".